Núm. 8531.—FIGUEROA, apldo. *v.* RAMÍREZ, ET AL., apltes.—C. D. Mayagüez. ▇▇▇▇ Mayo 29, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Snyder.)

POR CUANTO, en el caso arriba expresado la Corte de Distrito de Mayagüez expidió el 5 de febrero de 1942 un auto perentorio de

*mandamus* ordenando a los demandados el pago de cierta cantidad de dinero;

Por cuanto, los demandados interpusieron recurso de apelación para ante este Tribunal con fecha 6 de febrero de 1942 y solicitaron la transcripción de evidencia el 9 del mismo mes y año, la cual fué ordenada el día 17;

Por cuanto, ha transcurrido el término legal para radicar dicha transcripción y no se ha solicitado prórroga alguna ni se ha consignado en Corte suma alguna de dinero para honorarios del taquígrafo, ni se ha hecho ninguna otra gestión por parte de los demandados para perfeccionar la apelación establecida, conforme aparece de la certificación expedida por el Secretario de la Corte de Distrito con fecha 15 de mayo de 1942;

Por cuanto, el demandante apelado solicitó se desestimase la apelación por los motivos anteriormente expuestos;

Por cuanto, los apelantes no han explicado su conducta, a lo cual venían obligados. *Vázquez* v. *Laugier*, 59 D.P.R. 582, 583;

Por cuanto, señalada la vista de la moción de desestimación, compareció solamente el abogado del apelado, no haciendo lo mismo el de los apelantes;

Por tanto, vistos los autos de este caso, la certificación anteriormente aludida, y la regla 59 de este Tribunal, se desestima el recurso por no haber sido tramitado con la diligencia debida.